\*\*E-Filed 1/6/2010\*\*

| | |
|---|---|
| Greg L. Lippetz (State Bar No. 154228)<br>glippetz@jonesday.com<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>Telephone: 650-739-3939<br>Facsimile: 650-739-3900<br><br>Attorney for Plaintiff<br>FREESCALE SEMICONDUCTOR, INC. | Ronald S. Lemieux (SB# 120822)<br>ronlemieux@paulhastings.com<br>PAUL, HASTINGS, JANOFSKY &<br>WALKER LLP<br>1117 S. California Avenue<br>Palo Alto, CA 94304-1106<br>Telephone: (650) 320-1800<br>Facsimile: (650) 320-1900<br><br>Attorney for Defendant<br>CHIPMOS TECHNOLOGIES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Freescale Semiconductor, Inc.,<br><br>            Plaintiff,<br><br>   v.<br><br>ChipMOS Technologies, Inc.,<br><br>            Defendant. | Case No. C-09-03689-JF-RS<br>ORDER APPROVING<br>**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** AS MODIFIED BY THE COURT |

WHEREAS, Plaintiff Freescale Semiconductor, Inc. ("Plaintiff") has filed a Motion to Dismiss and Stay (D1.9) (the "Motion"), and

WHEREAS, the Motion is scheduled for hearing on February 19, 2010, at 9:00 a.m., and

WHEREAS, the initial Case Management Conference in this matter is scheduled for January 15, 2010 at 10:30 a.m.,

Therefore, for the convenience of the parties and the Court, the parties jointly request that the initial Case Management Conference be continued to February 19, 2010 at 10:30 a.m., the same day as the hearing on the Motion.

Dated: January 5, 2010    Respectfully submitted,

Jones Day

By: ___/s/ Gregory Lippetz___
    Greg L. Lippetz
    State Bar No. 154228
    JONES DAY
    Silicon Valley Office
    1755 Embarcadero Road
    Palo Alto, CA 94303
    Telephone: 650-739-3939
    Facsimile: 650-739-3900

Counsel for Plaintiff
Freescale Semiconductor, Inc.

In accordance with General Order No. 45, Section X(B), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: January 5, 2010

By: ___/s/ Ronald S. Lemieux___
    Ronald S. Lemieux
    State Bar No. 120822
    PAUL, HASTINGS, JANOFSKY &
    WALKER, LLP.
    1117 California Avenue
    Palo Alto, CA 94304
    Telephone: 650-320-1800
    Facsimile: 650-320-1900

Counsel for Defendant
ChipMOS Technologies, Inc.

IT IS SO ORDERED. The Case Management Conference is continued to February 19, 2010 at 9:00 AM immediately following the hearing.

Dated: __1/6/2010__

_____
Honorable Jeremy Fogel