| | |
|---|---|
| Greg L. Lippetz (State Bar No. 154228) | Ronald S. Lemieux (SB# 120822) |
| glippetz@jonesday.com | ronlemieux@paulhastings.com |
| JONES DAY | PAUL, HASTINGS, JANOFSKY & |
| Silicon Valley Office | WALKER LLP |
| 1755 Embarcadero Road | 1117 S. California Avenue |
| Palo Alto, CA 94303 | Palo Alto, CA 94304-1106 |
| Telephone: 650-739-3939 | Telephone: 650-320-1800 |
| Facsimile: 650-739-3900 | Facsimile: 650-320-1900 |
| | |
| Attorney for Plaintiff | Attorneys for Defendant |
| FREESCALE SEMICONDUCTOR, INC. | CHIPMOS TECHNOLOGIES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Freescale Semiconductor, Inc., <br><br> Plaintiff, <br><br> v. <br><br> ChipMOS Technologies, Inc., <br><br> Defendant. | Case No. C-09-03689-JF-RS <br><br> **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

      Counsel report that they have met and conferred regarding ADR processes and that the parties and their counsel participated in a full day mediation on November 19, 2009, with private mediator Yaroslav Sochynsky, but were unable to resolve this dispute. Subsequently to the mediation, Plaintiff Freescale Semiconductor, Inc. filed a motion to dismiss ChipMOS's declaratory judgment counterclaims and stay all patent-related issues (Doc. No. 9) on December 11, 2009, which is scheduled for hearing on February 19, 2010. Counsel agree to meet and confer again regarding a second mediation with Mr. Sochynsky after the court has ruled on Freescale's Motion to Dismiss.

LEGAL_US_E # 86421524.1

| | | |
|---|---|---|
| 1 | Dated: January 7, 2010 | Respectfully Submitted, |
| 2 | | |
| 3 | | By: */s/ Ronald S. Lemieux* |
| 4 | | **PAUL, HASTINGS, JANOFSKY & WALKER LLP**<br>Ronald S. Lemieux  (ronlemieux@paulhastings.com)<br>(CA Bar No. 120822) |
| 5 | | Vidya R. Bhakar (vidbhakar@paulhastings.com)<br>(CA Bar No. 220210) |
| 6 | | Shanée Y. W. Nelson (shaneenelson@paulhastings.com)<br>(CA Bar No. 221310) |
| 7 | | Keren Hu (kerenhu@paulhastings.com)<br>(CA Bar No. 252725) |
| 8 | | 1117 S. California Ave.<br>Palo Alto, CA 94304 |
| 9 | | Telephone:  650.320.1800<br>Facsimile:  650.320.1900 |
| 10 | | |
| 11 | | Counsel for Defendant<br>ChipMOS Technologies, Inc. |

In accordance with General Order No. 45, Section X(B), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

| | | |
|---|---|---|
| 14 | Dated: January 7, 2010 | By: */s/ Greg L. Lippetz* |
| 15 | | **JONES DAY**<br>Greg L. Lippetz |
| 16 | | (CA Bar No. 154228)<br>Silicon Valley Office |
| 17 | | 1755 Embarcadero Road<br>Palo Alto, CA  94303 |
| 18 | | Telephone:  650.739.3939<br>Facsimile:  650.739.3900 |
| 19 | | |
| 20 | | Counsel for Plaintiff<br>Freescale Semiconductor, Inc. |

## **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 1/14/10

_____

UNITED STATES ~~MAGISTRATE~~ JUDGE
                              DISTRICT