**E-Filed 2/23/2010**

| | |
|---|---|
| Greg L. Lippetz (State Bar No. 154228) | Ronald S. Lemieux (State Bar No. 120822) |
| glippetz@jonesday.com | ronlemieux@paulhastings.com |
| JONES DAY | PAUL, HASTINGS, JANOFSKY & |
| Silicon Valley Office | WALKER LLP |
| 1755 Embarcadero Road | 1117 S. California Avenue |
| Palo Alto, CA 94303 | Palo Alto, CA 94304-1106 |
| Telephone: 650-739-3939 | Telephone: (650) 320-1800 |
| Facsimile: 650-739-3900 | Facsimile: (650) 320-1900 |
| Attorney for Plaintiff | Attorney for Defendant |
| FREESCALE SEMICONDUCTOR, INC. | CHIPMOS TECHNOLOGIES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Freescale Semiconductor, Inc., | Case No. C-09-03689-JF |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER MODIFYING HEARING DATE FOR MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE** |
| v. | |
| ChipMOS Technologies, Inc., | |
| Defendant. | |

WHEREAS, Plaintiff Freescale Semiconductor, Inc. ("Plaintiff") has filed a motion to Dismiss and Stay (DI. 9) (the "Motion"), and

WHEREAS, the Motion, as well as the initial Case Management Conference were originally scheduled for hearing on February 19, 2010, and

WHEREAS, the Court has notified the parties that it has rescheduled the hearing on the Motion and the Case Management Conference for February 26, 2010, at 9:00 a.m., and

WHEREAS, lead counsel for plaintiff Freescale Semiconductor, Inc., has a preexisting commitment out of state on February 25-26, 2010 that cannot be rescheduled,

THEREFORE, the parties jointly request that the hearing on the Motion and the Case Management Conference be continued to March 5, 2010 at 9:00 a.m.

Dated: February 22, 2010.  Respectfully submitted,

Jones Day

By:  /s/ Gregory Lippetz
    Greg L. Lippetz
    State Bar No. 154228
    JONES DAY
    Silicon Valley Office
    1755 Embarcadero Road
    Palo Alto, CA  94303
    Telephone:650-739-3939
    Facsimile:650-739-3900

    Counsel for Plaintiff
    Freescale Semiconductor, Inc.

In accordance with General Order No. 45, Section X(B), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: February 22, 2010

By:  /s/ Ronald S. Lemieux
    Ronald S. Lemieux
    State Bar No. 120822
    PAUL, HASTINGS, JANOFSKY &
    WALKER, LLP.
    1117 California Avenue
    Palo Alto, CA  94304
    Telephone:650-320-1800
    Facsimile:650-320-1900

    Counsel for Defendant
    ChipMOS Technologies, Inc.

IT IS ORDERED that the Case Management Conference and the hearing on Plaintiff's Motion is continued to March 5, 2010 at 9:00 a.m.

Dated: 2/23/2010

_____
Honorable Jeremy Fogel