**E-Filed 5/28/2010**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FREESCALE SEMICONDUCTOR, INC. <br><br> Plaintiff, <br><br> v. <br><br> CHIPMOS TECHNOLOGIES, INC., <br><br> Defendant. | Case No.  09-3689-JF (PVT) <br><br> ORDER[1] CLARIFYING STAY <br><br><br> [re:  document no. 45] |

On April 22, 2010, the Court imposed a stay regarding certain issues in the instant case. The Court concluded that judicial construction of the Immunity Agreement is necessary to determine whether an Article III controversy exists with respect to the patents in suit. Accordingly, pending the construction of the Immunity Agreement, litigation activity with respect to all patent-related issues is stayed.

IT IS SO ORDERED.

DATED: 5/28/2010

                           JEREMY FOGEL
                           United States District Judge

---

[1] This disposition is not designated for publication in the official reports.