1   RONALD S. LEMIEUX (SB# 120822)
    ronlemieux@paulhastings.com
2   SHANEE Y.W. NELSON (SB# 221310)
    shaneenelson@paulhastings.com
3   KEREN HU (SB# 252725)
    kerenhu@paulhastings.com
4   PAUL, HASTINGS, JANOFSKY & WALKER LLP
    1117 South California Avenue
5   Palo Alto, CA 94304-1106
    Telephone: (650) 320-1800
6   Facsimile: (650) 320-1900

7   Attorney for Defendant and Counterclaimant
    ChipMOS Technologies, Inc.

8
    ADDITIONAL COUNSEL ON SIGNATURE
9   PAGE

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          SAN JOSE DIVISION

13  Freescale Semiconductor, Inc.,              Case No. 5:09-CV-03689-JF-PVT

14                Plaintiff,                     **STIPULATION AND [PROPOSED]
                                                 ORDER TO ENLARGE TIME FOR
15        v.                                     CHIPMOS' TO FILE OPPOSITION
                                                 TO MOTION FOR SUMMARY
16  ChipMOS Technologies, Inc.,                  JUDGMENT RE: 1) CHIPMOS'
                                                 CLAIMS FOR BREACH OF
17                Defendant.                     CONTRACT AND PATENT MISUSE,
                                                 AND 2) FREESCALE'S CLAIM FOR
18                                               BREACH OF CONTRACT**

19  ───────────────────────────────
                                                 Date:  July 2, 2010
20  AND RELATED COUNTERCLAIMS.                   Time:  9:00 a.m.
                                                 Dept:  Courtroom 3, 5th Floor
21                                               Judge:  Hon. Jeremy Fogel

22                                               Complaint filed: July 13, 2009
                                                 Trial Date:  Not Set
23                                               JURY TRIAL DEMANDED

24          Pursuant to Local Rules 6-1(b) and 6-2, Plaintiff Freescale Semiconductor, Inc.

25  ("Freescale") and Defendant ChipMOS Technologies, Inc. ("ChipMOS") submit this Stipulation

26  To Enlarge Time for ChipMOS' To File Opposition to Motion for Summary Judgment Re: 1)

27  ChipMOS' Claims for Breach of Contract and Patent Misuse, and 2) Freescale's Claim for

28  Breach of Contract.

1    WHEREAS Freescale filed a Motion for Summary Judgment on May 3, 2010;

2    WHEREAS ChipMOS' Opposition is currently due on June 11, 2010;

3    WHEREAS ChipMOS desires to submit a declaration from a former employee on matters

4    that are relevant to its Opposition;

5    WHEREAS the former employee is traveling and unavailable to finalize a declaration in

6    advance of the June 11, 2010 deadline;

7    WHEREAS Freescale has agreed that ChipMOS can file its Opposition on Monday,

8    June 14, 2010 provided that ChipMOS serves its Opposition on Friday, June 11, exclusive of the

9    declaration of the former ChipMOS employee; and

10    WHEREAS the requested enlargement will not affect any other deadlines.

11    NOW THEREFORE IT IS HEREBY STIPULATED by the Parties, through their

12    respective counsel of record, subject to the Court's approval, that ChipMOS is permitted to file its

13    Opposition to Freescale's Motion for Summary Judgment on Monday, June 14, 2010.

14    **IT IS SO STIPULATED.**

15    Dated: June 11, 2010                    Respectfully submitted,

16                                            PAUL, HASTINGS, JANOFSKY & WALKER LLP
                                             RONALD S. LEMIEUX
17                                            SHANEE Y. W. NELSON
                                             KEREN HU
18

19                                            By:_____/s/ Shanée Y. W. Nelson_____
20                                                     SHANEE Y. W. NELSON

21                                            Counsel for Defendant and Counterclaimant
                                             ChipMOS Technologies, Inc.

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

1    In accordance with General Order No. 45, Section X(B), the above signatory attests that

2    concurrence in the filing of this document has been obtained from the signatory below.

3    Dated:  June 11, 2010                    Respectfully submitted,

4

                                             By:_____/s/ Greg L. Lippetz_____
5                                                   GREG L. LIPPETZ
                                             State Bar No. 154228
6                                            JONES DAY
                                             1755 Embarcadero Road
7                                            Palo Alto, CA 94303
                                             Telephone:  650-739-3939
8                                            Facsimile:   650-739-3900

9                                            JOHN R. COLGAN
                                             IL Bar No. 6489249 (Admitted *Pro Hac Vice*)
10                                           JONES DAY
                                             77 West Wacker
11                                           Chicago, IL 60601
                                             Telephone:  312-782-3939
12                                           Facsimile:   312-782-8585

13                                           Counsel for Plaintiff and Counterclaim-Defendant
                                             Freescale Semiconductor, Inc.

14

15

16                          ~~[PROPOSED]~~ ORDER

17    Pursuant to the stipulation above, ChipMOS' deadline to file its Opposition to Freescale's

18    Motion for Summary Judgment is extended to June 14, 2010.

19    **IT IS SO ORDERED.**

20    DATED:  ___FNT_____, 2010        _____

21                                             Hon. Jeremy Fogel, U.S. District Judge

22    LEGAL_US_W # 64955724.1

23

24

25

26

27

28