Greg L. Lippetz (State Bar No. 154228)
glippetz@jonesday.com
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:    650-739-3939
Facsimile:    650-739-3900

John R. Colgan (IL Bar No. 6289249)
(Admitted *Pro Hac Vice*)
jcolgan@jonesday.com
JONES DAY
77 W. Wacker Drive
Chicago, IL 60601-1692
Telephone:    312-782-3939
Facsimile:    312-782-8585

Attorneys for Plaintiff and Counterclaim-Defendant
FREESCALE SEMICONDUCTOR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **Freescale Semiconductor, Inc.,**<br><br>             **Plaintiff,**<br><br>      v.<br><br>**ChipMOS Technologies, Inc.,**<br><br>             **Defendant.** | **Case No. C-09-03689-JF-PVT**<br><br>**STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME FOR FREESCALE TO FILE ITS REPLY BRIEF**<br><br>Date:  July 2, 2010<br>Time: 09:00 a.m.<br>Dept:  3, 5th Floor<br>Judge: Hon. Jeremy Fogel<br><br>Complaint filed: July 13, 2009<br>Trial Date: Not Set<br>JURY TRIAL DEMANDED |

Pursuant to Local Rules 6-1(b) and 6-2, Plaintiff Freescale Semiconductor, Inc. ("Freescale") and Defendant ChipMOS Technologies, Inc. ("ChipMOS") submit this Stipulation to Enlarge Time for Freescale to File its Reply Brief.

1  WHEREAS ChipMOS filed its Opposition to Freescale's Motion for Summary Judgment
2  on June 14, 2010;

3  WHEREAS Freescale's response is currently due on June 18, 2010;

4  WHEREAS the parties stipulated to extend ChipMOS' time to respond its Opposition to
5  Freescale's Motion for Summary Judgment from June 11, 2010 to June 14, 2010 to accommodate
6  the filing of a third party declaration as long as copies of all other papers were delivered to
7  Freescale on June 11, 2020.

8  WHEREAS ChipMOS has agreed that Freescale can file its response on June 21, 2010;
9  and

10  WHEREAS the requested enlargement will not affect any other deadlines.

11  NOW THEREFORE IT IS HEREBY STIPULATED by the Parties, through their
12  respective counsel of record, subject to the Court's approval, that Freescale is permitted to file its
13  Reply Brief on June 21, 2010.

14  **IT IS SO STIPULATED**.

Dated: June 17, 2010                                  Respectfully submitted,

                                                      By:   */s/ Greg L. Lippetz*
                                                            Greg L. Lippetz
                                                            State Bar No. 154228
                                                            JONES DAY
                                                            1755 Embarcadero Road
                                                            Palo Alto, CA 94303
                                                            Telephone: 650-739-3939
                                                            Facsimile:  650-739-3900

                                                      Counsel for Plaintiff and
                                                      Counterclaim-Defendant
                                                      FREESCALE SEMICONDUCTOR, INC.

In accordance with General Order No. 45, Section X(B), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: June 17, 2010                Respectfully submitted,

                                             PAUL, HASTINGS, JANOFSKY
                                                  & WALKER LLP
                                             RONALD S. LEMIEUX
                                             SHANEE Y.W. NELSON
                                             KAREN HU

By: */s/ Shanee Y.W. Nelson*
              SHANEE Y.W. NELSON

Counsel for Defendant and Counterclaimant ChipMOS Technologies, Inc.

## [PROPOSED] ORDER

Pursuant to the stipulation above, Freescale's deadline to file its Reply Brief is extended to June 21, 2010.

**IT IS SO ORDERED**.

DATED: __7/2_____, 2010          _____
                                                             Hon. Jeremy Fogel, U.S. District Judge