**E-Filed 8/31/2010**

Greg L. Lippetz (State Bar No. 154228)
glippetz@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:     650-739-3939
Facsimile:      650-739-3900

John R. Colgan (IL Bar No. 6289249)
(Admitted *Pro Hac Vice*)
jcolgan@jonesday.com
JONES DAY
77 W. Wacker
Chicago, IL 60601
Telephone:     312-782-3939
Facsimile:      312-782-8585

Attorneys for Plaintiff and Counterclaim-Defendant
FREESCALE SEMICONDUCTOR, INC.

RONALD S. LEMIEUX (SB# 120822)
rlemieux@cooley.com
SHANEE Y.W. NELSON (SB# 221310)
snelson@cooley.com
COOLEY LLP
3175 Hanover St.
Palo Alto, CA 94304-1130
Telephone: (650) 849-5000
Facsimile: (650) 849-7400

Attorneys for Defendant and Counterclaim-Plaintiff
CHIPMOS TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **Freescale Semiconductor, Inc.,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**ChipMOS Technologies, Inc.,**<br><br>    **Defendant.** | **Case No. C-09-03689-JF-PVT**<br><br>[PROPOSED] **ORDER CONTINUING SEPTEMBER 3, 2010 CASE MANAGEMENT CONFERENCE** |

Having considered the parties' joint motion for a continuance filed with the court on August 27, 2010:

IT IS HEREBY ORDERED that the case management conference currently scheduled for September 3, 2010 is continued to November 19, 2010.

DATED: 8/31/2010

_____
THE HON. JEREMY FOGEL
United States District Court Judge

[PROPOSED] ORDER
Seal C-09-03689-JF-PVT