1  GREG L. LIPPETZ (SB# 154228)
   *glippetz@jonesday.com*
2  JONES DAY
   1755 Embarcadero Road
3  Palo Alto, CA 94303
   Telephone:   650-739-3939
4  Facsimile:   650-739-3900

5  Attorney for Plaintiff and Counterdefendant
   Freescale Semiconductor, Inc..
6
   RONALD S. LEMIEUX (SB# 120822)
7  *rlemieux@cooley.com*
   SHANÉE Y.W. NELSON (SB# 221310)
8  *snelson@cooley.com*
   COOLEY LLP
9  3175 Hanover Street
   Palo Alto, CA  94304-1130
10 Telephone:  (650) 843-5000
   Facsimile:  (650) 849-7400
11
   Attorneys for Defendant and Counterclaimant
12 ChipMOS Technologies, Inc.

13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                      SAN JOSE DIVISION

17

| | |
|---|---|
| Freescale Semiconductor, Inc., a corporation,<br><br>           Plaintiff,<br><br>     vs.<br><br>ChipMOS Technologies, Inc., a corporation,<br><br>           Defendant. | CASE NO. 5:09-CV-03689-JF-PSG<br><br>**JOINT ~~PROPOSED~~ SCHEDULING ORDER**<br><br>Complaint filed: July 13, 2009<br>Trial Date:  Not Set<br>**JURY TRIAL DEMANDED** |

Plaintiff Freescale Semiconductor Inc. ("Freescale") and Defendant ChipMOS Technologies Inc. ("ChipMOS") submit this Joint Proposed Scheduling Order:

| | |
|---|---|
| Close of Fact Discovery | April 29 |
| Expert witness report due/party with the burden of proof to designate expert witnesses | May 20 |
| Rebuttal expert witness report due/designate rebuttal expert witnesses | June 3 |
| Close of Expert Discovery | June 17 |
| Deadline for filing Dispositive Motions | July 15 |
| Response to Dispositive Motions | July 29 |
| Reply to Dispositive Motions | August 5 |
| Parties to Meet and Confer regarding pre-trial preparation | August 12 |
| Pre-Trial Conference Statement | August 19 |
| Motions in *Limine* | August 26 |
| Pre-trial Conference | September 2 |
| Proposed jury instructions; Proposed content of a jury questionnaire; Proposed voir dire questions | September 9 |
| Jury Selection | September 16 |
| Jury Trial | September 19 |

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | DATED: February 7, 2011 | By: _____/s/ Greg L. Lippetz_____ |
| 4 | | JONES DAY |
| | | Greg L. Lippetz (CA Bar No. 154228) |
| 5 | | 1755 Embarcadero Road |
| | | Palo Alto, CA  94303 |
| 6 | | Telephone:  650.739.3939 |
| | | Facsimile:  650.739.3900 |
| 7 | | |
| | | Counsel for Plaintiff and Counterdefendant |
| 8 | | Freescale Semiconductor, Inc. |

In accordance with General Order No. 45, Section X(B), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

| | | |
|---|---|---|
| 13 | | |
| 14 | DATED: February 7, 2011 | COOLEY LLP |
| | | RONALD S. LEMIEUX |
| 15 | | SHANÉE Y.W. NELSON |
| 16 | | |
| 17 | | By: _/s/ Ronald S. Lemieux_____ |
| | | RONALD S. LEMIEUX |
| 18 | | Attorneys for Defendant and Counterclaimant |
| 19 | | ChipMOS Technologies, Inc. |

IT IS SO ORDERED

Dated: 4/1/11

_____
Jeremy Fogel, U.S. District Judge

SVI-89602v1

-2- JOINT PROPOSED SCHEDULING ORDER
CASE NO. 5:09-CV-03689-JF-PSG