1  Greg L. Lippetz (State Bar No. 154228)          RONALD S. LEMIEUX (SB# 120822)
   glippetz@jonesday.com                           ronlemieux@paulhastings.com
2  Jacqueline K. S. Lee (State Bar No. 247705)     VIDYA R. BHAKAR (SB# 220210)
   jkslee@jonesday.com                             vbhakar@cooley.com
3  JONES DAY                                       SHANEE Y.W. NELSON (SB# 221310)
   1755 Embarcadero Road                           shaneenelson@paulhastings.com
4  Palo Alto, CA  94303                            COOLEY LLP
   Telephone:     650-739-3939                     3000 El Camino Real
5  Facsimile:     650-739-3900                     Five Palo Alto Square
                                                   Palo Alto, CA 94306-2155
6  Attorneys for Plaintiff and                     Telephone: (650) 843-5000
   Counterclaim Defendant                          Facsimile: (650) 849-7400
7  FREESCALE SEMICONDUCTOR, INC.

                                                   Attorneys for Defendant and
8                                                  Counterclaim-Plaintiff
                                                   CHIPMOS TECHNOLOGIES, INC
9
                   UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN JOSE DIVISION
12

13  Freescale Semiconductor, Inc.,                 Case No. C-09-03689-JF-RS

14              Plaintiff,                          **STIPULATED REQUEST AND
                                                   [PROPOSED] ORDER TO EXTEND
15      v.                                          TIME FOR EXPERT DISCOVERY**

16  ChipMOS Technologies, Inc.,                     Date:      N/A
                                                    Time:      N/A
17              Defendant.                           Courtroom: 3, 5th Floor
                                                    Judge:     Hon. Jeremy Fogel
18

19        Pursuant to Local Rule 6-2, Plaintiff Freescale Semiconductor, Inc. ("Freescale") and

20  Defendant ChipMOS Technologies, Inc. ("ChipMOS," and together with Freescale, the "Parties")

21  jointly submit this stipulated request to extend time for expert discovery.

22        The April 1, 2011 Joint Scheduling Order set an expert discovery cut-off date of June 17,

23  2011. *See* ECF No. 72.  Freescale's expert Dr. Robert G. Harris will be out of the country and

24  thus unavailable for deposition through June 19, 2011.  Accordingly, the parties have agreed to

25  schedule Dr. Harris's deposition for June 29, 2011.  The Parties jointly request that the date for

26  the close of expert discovery be extended to June 29, 2011, for the limited purpose of allowing

27  Dr. Harris's deposition to be taken.

28        This request for an extension is supported by the Declaration of Greg L. Lippetz, filed

SVI-93614v1                                         STIPULATED REQUEST AND [PROPOSED] ORDER
                                                   TO EXTEND TIME FOR EXPERT DISCOVERY
                                                   Case No. C-09-03689-JF-RS

1  concurrently herewith.

2      **IT IS SO STIPULATED.**

3  Dated:  June 7, 2011                      JONES DAY

4

5                                            By:  /s/ Greg L. Lippetz
                                                 Greg L. Lippetz
6
                                             Counsel for Plaintiff
7                                            FREESCALE SEMICONDUCTOR, INC.

8  In accordance with General Order No. 45, Section X(B), the above signatory attests that

9  Concurrence in the filing of this document has been obtained from the signatory below.

10  Dated:  June 7, 2011                     COOLEY LLP

11

12                                           By:  /s/ Ronald S. Lemieux
                                                 Ronald S. Lemieux
13
                                             Counsel for Defendant
14                                           CHIPMOS TECHNOLOGIES, INC.

15      **IT IS SO ORDERED.**

16

17

18

19

20  DATED:  _6/8/11_____     By: _____
                                             Hon. Jeremy Fogel
21

22

23

24

25

26

27

28

SVI-93614v1

- 1 -

STIPULATED REQUEST AND [PROPOSED] ORDER
TO EXTEND TIME FOR EXPERT DISCOVERY
Case No. C-09-03689-JF-RS