**E-Filed 7/14/2011**

| | |
|---|---|
| Greg L. Lippetz (State Bar No. 154228) | RONALD S. LEMIEUX (SB# 120822) |
| glippetz@jonesday.com | ronlemieux@paulhastings.com |
| Jacqueline K. S. Lee (State Bar No. 247705) | VIDYA R. BHAKAR (SB# 220210) |
| jkslee@jonesday.com | vbhakar@cooley.com |
| JONES DAY | SHANEE Y.W. NELSON (SB# 221310) |
| 1755 Embarcadero Road | shaneenelson@paulhastings.com |
| Palo Alto, CA 94303 | COOLEY LLP |
| Telephone: 650-739-3939 | 3000 El Camino Real |
| Facsimile: 650-739-3900 | Five Palo Alto Square |
| | Palo Alto, CA 94306-2155 |
| Attorneys for Plaintiff and | Telephone: (650) 843-5000 |
| Counterclaim Defendant | Facsimile: (650) 849-7400 |
| FREESCALE SEMICONDUCTOR, INC. | |
| | Attorneys for Defendant and |
| | Counterclaim-Plaintiff |
| | CHIPMOS TECHNOLOGIES, INC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Freescale Semiconductor, Inc., | Case No. C-09-03689-JF-RS |
| Plaintiff, | **STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE FOR CHIPMOS'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| ChipMOS Technologies, Inc., | |
| Defendant. | Date: N/A |
| | Time: N/A |
| | Courtroom: 3, 5th Floor |
| | Judge: Hon. Jeremy Fogel |

Pursuant to Local Rule 6-2, Plaintiff Freescale Semiconductor, Inc. ("Freescale") and Defendant ChipMOS Technologies, Inc. ("ChipMOS," and together with Freescale, the "Parties") jointly submit this stipulated request to extend the briefing schedule for ChipMOS's Motion for Summary Judgment.

According to Civil Local Rule 7-2, "all motions must be filed, served and noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after service of the motion." Civil Local Rule 7-3 provides that "[a]ny opposition to a motion must be served and filed not more than 14 days after the motion is served and filed" and that "[a]ny reply to an opposition must be served and filed by the moving party not more than 7 days after the

1 opposition is served and filed."

2 On July 1, 2011, ChipMOS served on Freescale a Motion for Summary Judgment, noticed
3 for hearing on August 12, 2011. Under Civil Local Rule 7-3, Freescale's opposition brief to
4 ChipMOS's Motion for Summary Judgment would be due on July 15, and ChipMOS's reply brief
5 would be due on July 22. *See* Civ. L.R. 7-3. The Parties have agreed amongst themselves,
6 subject to the Court's approval, to permit (1) Freescale to file its opposition brief on July 22 and
7 (2) ChipMOS to file its reply brief on July 29.

8 Given the Parties' agreement on the proposed schedule, the Parties request that the Court
9 set the briefing schedule for ChipMOS's Motion for Summary Judgment as follows:

10         July 22        Deadline to File Opposition Brief
11         July 29        Deadline to File Reply Brief
12         August 12      Hearing

13 This extended briefing schedule would not affect the currently noticed hearing date of August 12,
14 2011 and would have no other effect on the current case schedule.[1]

15 This request for an extension is supported by the Declaration of Jacqueline K. S. Lee, filed
16 concurrently herewith.

17 **IT IS SO STIPULATED.**

18 Dated: July 1, 2011                      JONES DAY

19

20                                   By:  /s/ Jacqueline K. S. Lee
21                                       Jacqueline K. S. Lee

22                                 Counsel for Plaintiff
                                FREESCALE SEMICONDUCTOR, INC.

23 In accordance with General Order No. 45, Section X(B), the above signatory attests that
24 Concurrence in the filing of this document has been obtained from the signatory below.

25

26 ──────────────────

27 [1] Under the Parties' proposed extended briefing schedule, the deadlines to file opposition and reply briefs in connection with ChipMOS's Motion for Summary Judgment will occur before, and thus will not affect, the deadlines to file responses and replies in connection with dispositive
28 motions set forth in the Joint Schedule Order. *See* ECF No. 72.

| | |
|---|---|
| Dated: July 1, 2011 | COOLEY LLP |
| | By: /s/ Shanee Y. W. Nelson |
| | Shanee Y. W. Nelson |
| | Counsel for Defendant |
| | CHIPMOS TECHNOLOGIES, INC. |

**IT IS SO ORDERED.**

DATED: 7/14/2011        By: _____
                            Hon. Jeremy Fogel