| | |
|---|---|
| Greg L. Lippetz (State Bar No. 154228)<br>glippetz@jonesday.com<br>Jacqueline K. S. Lee (State Bar No. 247705)<br>jkslee@jonesday.com<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>Telephone: 650-739-3939<br>Facsimile: 650-739-3900<br><br>Attorneys for Plaintiff and<br>Counterclaim Defendant<br>FREESCALE SEMICONDUCTOR, INC. | RONALD S. LEMIEUX (SB# 120822)<br>ronlemieux@paulhastings.com<br>VIDYA R. BHAKAR (SB# 220210)<br>vbhakar@cooley.com<br>SHANEE Y.W. NELSON (SB# 221310)<br>shaneenelson@paulhastings.com<br>COOLEY LLP<br>3000 El Camino Real<br>Five Palo Alto Square<br>Palo Alto, CA 94306-2155<br>Telephone: (650) 843-5000<br>Facsimile: (650) 849-7400<br><br>Attorneys for Defendant and<br>Counterclaim-Plaintiff<br>CHIPMOS TECHNOLOGIES, INC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Freescale Semiconductor, Inc.,<br><br>                     Plaintiff,<br><br>     v.<br><br>ChipMOS Technologies, Inc.,<br><br>                     Defendant. | Case No. C-09-03689-JF-RS<br><br>**STIPULATION TO PERMIT FREESCALE SEMICONDUCTOR, INC. TO FILE UNDER SEAL DOCUMENTS SUPPORTING REPLY IN SUPPORT OF RENEWED MOTION FOR SUMMARY JUDGMENT**<br><br>Date:     N/A<br>Time:     N/A<br>Courtroom: 3, 5th Floor<br>Judge:    Hon. Jeremy Fogel |

1  Pursuant to Local Rules 7-11(a) and 79-5(c), Plaintiff Freescale Semiconductor, Inc.
2  ("Freescale") and Defendant ChipMOS Technologies, Inc. ("ChipMOS," and together with
3  Freescale, the "Parties") jointly submit this Stipulation to Permit Freescale Semiconductor, Inc. to
4  File under Seal Documents Supporting Reply in Support of Renewed Motion for Summary
5  Judgment.
6  WHEREAS, Freescale filed its Reply in Support of Renewed Motion for Summary
7  Judgment ("Reply"), along with the Declaration of Greg L. Lippetz ("Lippetz Declaration" or
8  "Lippetz Decl.") and supporting exhibits, on July 8, 2011;
9  WHEREAS, Freescale has filed an Administrative Motion to File under Seal Documents
10  Supporting Reply in Support of Renewed Motion for Summary Judgment;
11  WHEREAS the requested relief is necessary and narrowly tailored to protect the
12  confidentiality of the materials put at issue by Freescale's Reply until such time as the Court
13  makes a final ruling as to confidentiality of the relevant subject matter.  Specifically, Exhibits 1
14  and 2 to the Lippetz Declaration, along with portions of  Freescale's Reply, contain information
15  designated by Freescale as "Confidential" or "Highly Confidential – Attorneys' Eyes Only."
16  NOW, THEREFORE, IT IS HEREBY STIPULATED by the Parties, through their
17  respective counsel of record, that Freescale be permitted to move for permission to file under seal
18  Exhibits 1 and 2 to the Lippetz Declaration, as well as portions of Freescale's Reply.  While the
19  Parties agree that portions of Freescale's Reply may be publicly filed, the Parties also agree that
20  the filing shall not be construed as a waiver of any confidentiality designation or other protection
21  with respect to documents, transcripts, or other information referred to in, or that serve as the
22  basis for, the allegations or arguments made in it.
23  **IT IS SO STIPULATED.**
24
25
26
27
28

| | | |
|---|---|---|
| 1 | Dated: July 8, 2011 | JONES DAY |
| 2 | | |
| 3 | | By: /s/ Greg L. Lippetz |
| 4 | | Greg L. Lippetz |
| 5 | | Counsel for Plaintiff<br>FREESCALE SEMICONDUCTOR, INC. |

In accordance with General Order No. 45, Section X(B), the above signatory attests that Concurrence in the filing of this document has been obtained from the signatory below.

Dated: July 8, 2011            COOLEY LLP

By: /s/ Ronald S. Lemieux
    Ronald S. Lemieux

Counsel for Defendant
CHIPMOS TECHNOLOGIES, INC.

**IT IS SO ORDERED.**

DATED:  8/12/11                    By: _____
                                       Hon. Jeremy Fogel