1  Greg L. Lippetz (State Bar No. 154228)
   glippetz@jonesday.com
2  Jacqueline K. S. Lee (State Bar No. 247705)
   jkslee@jonesday.com
3  JONES DAY
   1755 Embarcadero Road
4  Palo Alto, CA  94303
   Telephone:    650-739-3939
5  Facsimile:     650-739-3900

6  Attorneys for Plaintiff and Counterclaim Defendant
   FREESCALE SEMICONDUCTOR, INC.
7

8                         UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                                SAN JOSE DIVISION

11

12 | Freescale Semiconductor, Inc.,                  | Case No. C-09-03689-JF-RS
13 |                Plaintiff,                       | [PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN DOCUMENTS SUBMITTED RELATING TO CROSS MOTIONS FOR SUMMARY JUDGMENT
14 |        v.                                       |
15 | ChipMOS Technologies, Inc.,                     |
16 |                Defendant.                       |
17 |                                                 | Date:      N/A
   |                                                 | Time:      N/A
18 |                                                 | Courtroom: 3, 5th Floor
   |                                                 | Judge:     Hon. Jeremy Fogel

19
20
21
22
23
24
25
26
27
28

1 | Having considered (1) the parties' Joint Administrative Motion to File Under Seal Certain Documents Submitted Relating to Cross Motions for Summary Judgment ("Joint Administrative Motion"); (2) the supporting Declaration of Shanée Y. W. Nelson; (3) the supporting Stipulation to Permit ChipMOS to File Under Seal Certain Documents Submitted Relating to Cross Motions for Summary Judgment; (4) Freescale Semiconductor, Inc.'s ("Freescale") Response in Support of the Joint Administrative Motion; (5) the supporting Declaration of Lee Chastain; (6) Exhibits 8, 10-14, 16, and 19-20 to the Declaration of Shanée Y. W. Nelson in Support of ChipMOS Technologies, Inc.'s Opposition to Freescale Semiconductor, Inc.'s Renewed Motion for Summary Judgment ("Nelson Decl. iso Opposition"); (7) Exhibits 2, 13, 15-19, and 24-25 to the Declaration of Shanée Y. W. Nelson in Support of ChipMOS Technologies, Inc.'s Motion for Summary Judgment ("Nelson Decl. iso Motion"); (8) ChipMOS Technologies, Inc.'s ("ChipMOS") Opposition to Freescale Semiconductor, Inc.'s Renewed Motion for Summary Judgment ("Opposition"); and (9) ChipMOS's Motion for Summary Judgment ("Motion"):

IT IS HEREBY ORDERED THAT: the Joint Administrative Motion is GRANTED. The Clerk of the Court shall file under seal:

- Exhibits 8, 10-14, 16, and 19-20 to the Nelson Decl. iso Opposition;
- Exhibits 2, 13, 15-19, and 24-25 to the Nelson Decl. iso Motion;
- The following portions of ChipMOS's Opposition: 2:7-11, 2:14-15, 6:5-7, 9:13-28, 10:1, 15:5-10, 15:16-17, 15:25-28, 16:1-5, 16:7-9, 16:12-13, 16:15-17, and 17:26-27; and
- The following portions of ChipMOS's Motion: 6:25, 16:23-27, 17:1, 17:8-9, 17:20-28, 18:2-4, 18:7-8, and 18:10-12.

**IT IS SO ORDERED.**

DATED: 8/12/11         By: _[signature]_
                          Hon. Jeremy Fogel