| | |
|---|---|
| Greg L. Lippetz (State Bar No. 154228)<br>glippetz@jonesday.com<br>Jacqueline K. S. Lee (State Bar No. 247705)<br>jkslee@jonesday.com<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA  94303<br>Telephone:     650-739-3939<br>Facsimile:      650-739-3900<br><br>Attorneys for Plaintiff and<br>Counterclaim Defendant<br>FREESCALE SEMICONDUCTOR, INC. | RONALD S. LEMIEUX (SB# 120822)<br>rlemieux@cooley.com<br>VIDYA R. BHAKAR (SB# 220210)<br>vbhakar@cooley.com<br>SHANEE Y.W. NELSON (SB# 221310)<br>snelson@cooley.com<br>COOLEY LLP<br>3000 El Camino Real<br>Five Palo Alto Square<br>Palo Alto, CA 94306-2155<br>Telephone: (650) 843-5000<br>Facsimile: (650) 849-7400<br><br>Attorneys for Defendant and<br>Counterclaim-Plaintiff<br>CHIPMOS TECHNOLOGIES, INC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Freescale Semiconductor, Inc.,<br><br>                     Plaintiff,<br><br>          v.<br><br>ChipMOS Technologies, Inc.,<br><br>                     Defendant. | Case No. C-09-03689-JF-RS<br><br>**STIPULATION TO PERMIT FREESCALE SEMICONDUCTOR, INC. TO FILE UNDER SEAL DOCUMENTS SUPPORTING FREESCALE SEMICONDUCTOR, INC.'S OPPOSITION TO CHIPMOS TECHNOLOGIES, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:         N/A<br>Time:        N/A<br>Courtroom: 3, 5th Floor<br>Judge:       Hon. Jeremy Fogel |

1   Pursuant to Local Rules 7-11(a) and 79-5(c), Plaintiff Freescale Semiconductor, Inc.
2   ("Freescale") and Defendant ChipMOS Technologies, Inc. ("ChipMOS," and together with
3   Freescale, the "Parties") jointly submit this Stipulation to Permit Freescale Semiconductor, Inc. to
4   File under Seal Documents Supporting Freescale Semiconductor, Inc.'s Opposition to ChipMOS
5   Technologies, Inc.'s Motion for Summary Judgment.

6   WHEREAS, Freescale filed its Opposition to ChipMOS Technologies, Inc.'s Motion for
7   Summary Judgment ("Opposition"), along with the supporting Declaration of Greg L. Lippetz
8   ("Lippetz Declaration" or "Lippetz Decl.") and exhibits attached thereto, on July 22, 2011;

9   WHEREAS, Freescale has filed an Administrative Motion to File under Seal Documents
10  Supporting Freescale Semiconductor, Inc.'s Opposition to ChipMOS Technologies, Inc.'s Motion
11  for Summary Judgment;

12  WHEREAS, the requested relief is necessary and narrowly tailored to protect the
13  confidentiality of the materials put at issue by Freescale's Opposition until such time as the Court
14  makes a final ruling as to confidentiality of the relevant subject matter. Specifically, Exhibits 1-5
15  to the Lippetz Declaration, along with portions of Freescale's Opposition, contain information
16  designated by Freescale as "Confidential" or "Highly Confidential – Attorneys' Eyes Only."

17  NOW, THEREFORE, IT IS HEREBY STIPULATED by the Parties, through their
18  respective counsel of record, that Freescale be permitted to move for permission to file under seal
19  Exhibits 1-5 to the Lippetz Declaration, as well as portions of Freescale's Opposition. While the
20  Parties agree that portions of Freescale's Opposition may be publicly filed, the Parties also agree
21  that the filing shall not be construed as a waiver of any confidentiality designation or other
22  protection with respect to documents, transcripts, or other information referred to in, or that serve
23  as the basis for, the allegations or arguments made in it.

24  **IT IS SO STIPULATED.**

25
26
27
28

| | | |
|---|---|---|
| 1 | Dated: July 22, 2011 | JONES DAY |
| 2 | | |
| 3 | | By: /s/ Greg L. Lippetz |
| 4 | | Greg L. Lippetz |
| 5 | | Counsel for Plaintiff<br>FREESCALE SEMICONDUCTOR, INC. |

In accordance with General Order No. 45, Section X(B), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

| | | |
|---|---|---|
| 8 | Dated: July 22, 2011 | COOLEY LLP |
| 10 | | By: /s/ Ronald S. Lemieux |
| 11 | | Ronald S. Lemieux |
| 12 | | Counsel for Defendant<br>CHIPMOS TECHNOLOGIES, INC. |

**IT IS SO ORDERED.**

DATED: 8/12/11        By: _____
                          Hon. Jeremy Fogel