Greg L. Lippetz (State Bar No. 154228)
glippetz@jonesday.com
Jacqueline K. S. Lee (State Bar No. 247705)
jkslee@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:    650-739-3939
Facsimile:    650-739-3900

Attorneys for Plaintiff and Counterclaim Defendant
FREESCALE SEMICONDUCTOR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Freescale Semiconductor, Inc., <br><br>　　　　　Plaintiff, <br><br>　　　v. <br><br> ChipMOS Technologies, Inc., <br><br>　　　　　Defendant. | Case No. C-09-03689-JF-RS <br><br> **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF CHIPMOS TECHNOLOGIES, INC.'S REPLY TO ITS MOTION FOR SUMMARY JUDGMENT** <br><br> Date:　　N/A <br> Time:　　N/A <br> Courtroom: 3, 5th Floor <br> Judge:　　Hon. Jeremy Fogel |

1  Having considered (1) ChipMOS Technologies, Inc.'s ("ChipMOS") Administrative
2  Motion to File under Seal Documents in Support of ChipMOS Technologies, Inc.'s Reply to Its
3  Motion for Summary Judgment ("Administrative Motion"); (2) the supporting Declaration of
4  Shanée Y. W. Nelson; (3) the supporting Stipulation to Permit ChipMOS Technologies, Inc. to
5  File under Seal Documents in Support of Reply to Motion for Summary Judgment; (4) Freescale
6  Semiconductor, Inc.'s ("Freescale") Response in Support of the Administrative Motion; (5) the
7  supporting Declaration of Lee Chastain; (6) Exhibit 26 to the Declaration of Shanée Y. W. Nelson
8  in Support of Joint Administrative Motion to File under Seal Certain Documents Submitted in
9  Support of ChipMOS' Reply in Support of Motion for Summary Judgment ("Nelson Decl. iso
10 Reply"); and (7) ChipMOS's Reply in Support of ChipMOS Technologies, Inc.'s  Motion for
11 Summary Judgment ("Reply"):

IT IS HEREBY ORDERED THAT:  The Administrative Motion is GRANTED.  The Clerk of the Court shall file under seal:

- Exhibit 26 to the Nelson Decl. iso Reply; and
- The following portions of ChipMOS's Reply: i:13-14, 8:4, 8:6-10, 8:12, 8:14-18, 8:20-21, 8:24-27, 9:5-9, 9:11-12, 9:14-15, 9:21-28, 10:1-14, 10:16, 12:27-28, 13:1-2, 13:7-11, 13:13-14, 13:24, 13:26, 14:3-9, and 14:11-16.

**IT IS SO ORDERED.**

DATED: 8/12/11                    By: _____
                                       Hon. Jeremy Fogel