**E-Filed 3/30/3012**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| FREESCALE SEMICONDUCTOR,<br><br>Plaintiff,<br><br>v.<br><br>CHIPMOS TECHNOLOGIES,<br><br>Defendant. | Case No. 5:09-cv-03689-JF<br><br>ORDER TERMINATING MOTION TO STRIKE WITHOUT PREJUDICE<br><br>[re: dkt. entry 124] |

In light of the procedural posture of this case and the impending reassignment to another judge, ChipMOS's motion to strike filed on August 5, 2011 is hereby TERMINATED without prejudice to renewal of the motion, if appropriate, following reassignment of the case.

IT IS SO ORDERED.

DATED: March 30, 2012

_____
JEREMY FOGEL
United States District Judge