**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FREESCALE SEMICONDUCTOR, INC., | CASE NO. 5:09-cv-03689 EJD |
| Plaintiff(s), | **ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| CHIPMOS TECHNOLOGIES, INC., | |
| Defendant(s). | |

Due to the court's unavailability, the Preliminary Pretrial Conference scheduled for December 7, 2012, is CONTINUED to **January 18, 2013, at 11:00 a.m.**

**IT IS SO ORDERED.**

Dated:  December 5, 2012

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:09-cv-03689 EJD
ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE