UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| FREESCALE SEMICONDUCTOR, INC. ) | | Case No.: 5:09-CV-03689 EJD |
| ) | | |
| Plaintiff, ) | | **ORDER CONTINUING** |
| ) | | **PRELIMINARY PRETRIAL** |
| v. ) | | **CONFERENCE** |
| ) | | |
| CHIPMOS TECHNOLOGIES, INC., ) | | |
| ) | | |
| Defendant. ) | | |
| ) | | |

    Based on the pending nature of two motions, Plaintiff's Renewed Motion for Summary Judgment (Docket Item No. 183) and Plaintiff's Motion to Strike (Docket Item No. 186), the Preliminary Pretrial Conference scheduled for January 18, 2013, is CONTINUED to **March 8, 2013, at 11:00 a.m.**

**IT IS SO ORDERED.**

Dated: January 15, 2013

                                                        _____
                                                        EDWARD J. DAVILA
                                                        United States District Judge

Case No.: 5:09-CV-03689 EJD
ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE