**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7         IN THE UNITED STATES DISTRICT COURT

8         FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                   SAN JOSE DIVISION

10   FREESCALE SEMICONDUCTOR, INC.,          CASE NO. 5:09-cv-03689 EJD

11                                            **ORDER DIRECTING CLERK TO**
                      Plaintiff(s),           **REMOVE INCORRECTLY FILED**
12        v.                                  **DOCUMENT**

13   CHIPMOS TECHNOLOGIES, INC.,
                                              [Docket Item No(s). 215]
14
                      Defendant(s).
15   _____/

16        Due to a filing error, the court instructs the Clerk of the Court to remove the order entered as

17   Docket Item No. 215.

18        A redacted version of the order will be filed and made available on the docket for public

19   view.  An unredacted version will also be filed under seal.

20   **IT IS SO ORDERED.**

21

22   Dated:  January 25, 2013
                                              _____
23                                            EDWARD J. DAVILA
                                              United States District Judge
24

25

26

27

28

                                    1

CASE NO. 5:09-cv-03689 EJD
ORDER DIRECTING CLERK TO REMOVE INCORRECTLY FILED DOCUMENT