| | |
|---|---|
| 1 | COOLEY LLP |
|   | RONALD S. LEMIEUX (120822) |
| 2 | (rlemieux@cooley.com) |
|   | VIDYA R. BHAKAR (220210) |
| 3 | (vbhakar@cooley.com) |
|   | CARRIE J. RICHEY (20825) |
| 4 | (crichey@cooley.com) |
|   | 3000 El Camino Real |
| 5 | Five Palo Alto Square |
|   | Palo Alto, CA 94306-2155 |
| 6 | Telephone:   650-843-5000 |
|   | Facsimile:    650-849-7400 |
| 7 | |
|   | Attorneys for Defendant and Counterclaimant |
| 8 | CHIPMOS TECHNOLOGIES, INC. |
| 9 | JONES DAY |
|   | GREG L. LIPPETZ (154228) |
| 10 | glippetz@jonesday.com |
|   | JACQUELINE K. S. LEE (247705) |
| 11 | jkslee@jonesday.com |
|   | 1755 Embarcadero Road |
| 12 | Palo Alto, California 94303 |
|   | Telephone:  (650) 739-3939 |
| 13 | Facsimile:   (650) 739-3900 |
| 14 | Attorneys for Plaintiff and |
|   |  Counterclaim Defendant |
| 15 | FREESCALE SEMICONDUCTOR, INC. |

**IT IS SO ORDERED**
Judge Edward J. Davila
3/13/2013

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FREESCALE SEMICONDUCTOR, INC., a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CHIPMOS TECHNOLOGIES, INC., a corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. 5:09-CV-03689-EJD<br><br>**STIPULATION TO PERMIT CHIPMOS TECHNOLOGIES, INC. TO FILE UNDER SEAL PORTIONS OF ITS MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>**JURY TRIAL DEMANDED**<br><br>Complaint filed:  July 13, 2009<br>Trial Date:  TBD<br><br>Courtroom:    4, 5th Floor<br>Judge:            Hon. Edward J. Davila |

CASE NO. 5:09-CV-03689-EJD

STIP. TO PERMIT CHIPMOS TO FILE UNDER
SEAL PORTIONS OF ITS MOTION FOR LEAVE
TO FILE MOTION FOR RECONSIDERATION

1  Pursuant to Local Rules 7-11(a) and 79-5(b), (d), Plaintiff Freescale Semiconductor, Inc.
2  ("Freescale") and Defendant ChipMOS Technologies, Inc. ("ChipMOS") jointly submit this
3  Stipulation To Permit ChipMOS Technologies, Inc. To File Under Seal Portions of Its Motion for
4  Leave To File Motion for Reconsideration and Memorandum of Points and Authorities in Support
5  Thereof.
6  WHEREAS ChipMOS will file on March 12, 2013, its Motion for Leave To File Motion
7  for Reconsideration and Memorandum of Points and Authorities in Support Thereof;
8  WHEREAS portions of ChipMOS' Motion discuss and quote documents designated by
9  Freescale as Protected Material pursuant to the Protective Order entered in this case
10 (Dkt. No. 48);
11 WHEREAS ChipMOS has filed an Administrative Motion To File Under Seal Portions of
12 this Motion and accompanying Memorandum of Points and Authorities in Support Thereof; and
13 WHEREAS the requested relief is necessary and narrowly tailored to protect the alleged
14 confidentiality of the materials submitted in support of ChipMOS' Motion for Leave To File
15 Motion for Reconsideration until such time as the Court makes a final ruling as to the
16 confidentiality of the relevant subject matter.
17 NOW THEREFORE IT IS HEREBY STIPULATED by the Parties, through their
18 respective counsel of record, that ChipMOS is permitted to move for permission to file under seal
19 portions of ChipMOS' Motion for Leave To File Motion for Reconsideration and Memorandum
20 of Points and Authorities in Support Thereof.
21 While the Parties agree that portions of the concurrently filed ChipMOS' Motion for
22 Leave To File Motion for Reconsideration may be publicly filed, the Parties also agree that the
23 filing shall not be construed as a waiver of any confidentiality designation or other protection
24 with respect to documents, transcripts, or other information referred to in, or that serve as the
25 basis for, the allegations or arguments made in them.
26 //
27 //
28 //

**IT IS SO STIPULATED.**

DATED: March 12, 2013  Respectfully submitted,

COOLEY LLP
RONALD S. LEMIEUX
VIDYA R. BHAKAR
CARRIE J. RICHEY

By: */s/ Carrie J. Richey*
      CARRIE J. RICHEY

Attorneys for Defendant and Counterclaimant
CHIPMOS TECHNOLOGIES, INC.

In accordance with Civil Local Rule 5-1(i)(3), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

DATED: March 12, 2013  Respectfully submitted,

JONES DAY
GREG L. LIPPETZ
JACQUELINE K. S. LEE

By: */s/ Jacqueline K. S. Lee*
      JACQUELINE K. S. LEE

Attorneys for Plaintiff and Counterclaim Defendant
FREESCALE SEMICONDUCTOR, INC.

1102653