IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FREESCALE SEMICONDUCTOR, INC.,<br><br>Plaintiff(s),<br>v.<br><br>CHIPMOS TECHNOLOGIES, INC.,<br><br>Defendant(s). | CASE NO. 5:09-cv-03689 EJD<br><br>**ORDER REFERRING PARTIES TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE; DIRECTING CLERK TO REASSIGN CASE** |

Having reviewed the parties' Joint Statement filed subsequent to the Interim Pretrial Conference on April 5, 2013 (see Docket Item No. 235); the court orders as follows:

1. Pursuant to ADR Local Rule 7-2, this action is referred to Magistrate Judge Nathanael Cousins for a settlement conference to occur no later than June 28, 2013. The parties are instructed to contact Judge Cousins' courtroom deputy to arrange a date for the conference.

2. As the parties agree to assignment to a magistrate judge for all purposes including trial, the Clerk shall reassign this case to Magistrate Judge Paul S. Grewal. All matters previously scheduled before District Judge Edward J. Davila are VACATED.

**IT IS SO ORDERED.**

Dated: April 15, 2013

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:09-cv-03689 EJD
ORDER REFERRING PARTIES TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE; DIRECTING CLERK TO REASSIGN CASE