| | |
|---|---|
| Greg L. Lippetz (State Bar No. 154228) glippetz@jonesday.com Jacqueline K. S. Lee (State Bar No. 247705) jkslee@jonesday.com JONES DAY 1755 Embarcadero Road Palo Alto, CA 94303 Telephone: 650-739-3939 Facsimile: 650-739-3900 Attorneys for Plaintiff and Counterclaim Defendant FREESCALE SEMICONDUCTOR, INC. | RONALD S. LEMIEUX (SB# 120822) rlemieux@cooley.com VIDYA R. BHAKAR (SB# 220210) vbhakar@cooley.com CARRIE J. RICHEY (SB# 270825) crichey@cooley.com COOLEY LLP 3000 El Camino Real Five Palo Alto Square Palo Alto, CA 94306-2155 Telephone: (650) 843-5000 Facsimile: (650) 849-7400 Attorneys for Defendant and Counterclaim-Plaintiff CHIPMOS TECHNOLOGIES, INC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Freescale Semiconductor, Inc., <br><br> Plaintiff, <br><br> v. <br><br> ChipMOS Technologies, Inc., <br><br> Defendant. | Case No. C-09-03689-PSG <br><br> **STIPULATED REQUEST AND [PROPOSED] ORDER TO RESCHEDULE SETTLEMENT CONFERENCE** <br><br> Date: June 20, 2013 <br> Time: ~~1:00 p.m.~~ 9:30 a.m. <br> Courtroom: A, 15th Floor <br> Judge: Hon. Nathanael M. Cousins |

Plaintiff Freescale Semiconductor, Inc. ("Freescale") and Defendant ChipMOS Technologies, Inc. ("ChipMOS," and together with Freescale, the "Parties") jointly submit this stipulated request to reschedule the Settlement Conference, currently set for May 23, 2013 at 9:30 a.m.

WHEREAS on April 15, 2013, Judge Davila issued an order that the parties participate in a Settlement Conference before Magistrate Judge Cousins to occur no later than June 28, 2013.

WHEREAS immediately following the issuance of Judge Davila's order, the parties met and conferred to determine when the decisionmakers from their clients would be available for days on which Magistrate Cousins held settlement conferences.

1    WHEREAS on April 22, 2013, prior to the parties completing their meet and confer regarding dates of availability of necessary party representatives, this Court issued an order setting a settlement conference for May 23, 2013.

WHEREAS the Freescale representative who has decisionmaking authority regarding settlement of this matter was not and is not available on May 23, as he has an existing business trip out of the country during that time.

WHEREAS on April 25, 2013, the parties requested that the settlement conference be rescheduled to June 13, 2013, which request was denied on April 30, 2013.

WHEREAS the parties have continued to meet and confer to determine all dates between now and June 28 on which the necessary party representatives are available on days on which the Court holds settlement conferences.

WHEREAS, based on the Court and the parties' availability, the only date on which it appears that the parties and the Court are available between now and June 28 is June 20, 2013.

THEREFORE, the parties request either:

1)   The Court reschedule the settlement conference in this matter to June 20, 2013, OR

2)   The Court extend the deadline for completion of the settlement conference until a date after June 28, and provide the parties with dates of availability for the conference.  The parties will then, within one week, confirm the availability of their necessary representatives for one of the proposed dates.

**IT IS SO STIPULATED.**

Dated:  May 10, 2013                              JONES DAY


                                                  By: /s/ Greg L. Lippetz
                                                       Greg L. Lippetz

                                                  Counsel for Plaintiff and Counterclaim
                                                  Defendant
                                                  FREESCALE SEMICONDUCTOR, INC.

In accordance with General Order No. 45, Section X(B), the above signatory attests that

1  Concurrence in the filing of this document has been obtained from the signatory below.

2  Dated: May 10, 2013                                    COOLEY LLP

4                                                         By: /s/ Ronald S. Lemieux
                                                              Ronald S. Lemieux

6                                                         Counsel for Defendant and Counterclaim
                                                          Plaintiff
                                                          CHIPMOS TECHNOLOGIES, INC.

**IT IS SO ORDERED.**

Settlement Conference is continued June 20, 2013 at 9:30 a.m. Parties shall submit their Confidential Settlement Conference Statements no later than June 13, 2013.

DATED:   May 17, 2013                                     By: _____
                                                          Hon. Nathanael M. Cousins

*[Seal: United States District Court, Northern District of California — signed by Judge Nathanael M. Cousins]*